UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

K.W.,                                                            Civ. No. 10-cv-3593 PAM/JSM

    Plaintiff,

vs.

Jeremy E. Gunderson, individually and in
his official capacity; James T. Trihey,
individually and in his official capacity;
Gary Thompson, individually and in his
official capacity; John Does 1-4,
individually and in their official
capacities; and Dodge County,

    Defendants.
_____

## ORDER FOR DISMISSAL
_____

The foregoing Stipulation, having been presented to the Court on behalf of the above parties:

    IT IS HEREBY ORDERED pursuant to Minn. Stat. § 466.08 and by Order of this Court, the above-entitled action may be, and the same hereby is, dismissed with prejudice and on its merits and without additional costs or disbursements to any party.

    IT IS FURTHER ORDERED that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all of Plaintiff's claims without additional costs or disbursements to any of the parties, may be entered herein.

                                              BY THE COURT:

DATED: January 19, 2011                                  s/Paul A. Magnuson
                                                                         The Honorable Paul A. Magnuson
                                                                          U.S. District Court Judge